IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07CR00079-W

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JUAN GARZA, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion for Appointment of Interpreter" (document #70) filed July 23, 2007, seeking the appointment of Ms. Jaclyn S. Gonzalez to assist him in representing the Defendant.

Pursuant to 18 U.S.C. §3006(A)(e), the Court shall authorize counsel to obtain investigative, expert, or other services whenever it is determined that such services are necessary for adequate representation and that the person is financially unable to obtain them.

For the reasons set forth in said Motion, the Court finds such services are necessary for adequate representation and that the person is financially unable to obtain them.

**IT IS THEREFORE ORDERED**:

1. Ms. Jaclyn S. Gonzalez, P.O. Box 6111, Gastonia, NC 28056, is appointed interpreter in the above case.

2. The Clerk shall prepare Form CJA 21 appointing Ms. Jaclyn S. Gonzalez as interpreter and mail the form to defense counsel for his signature and for delivery to the interpreter;

3. Compensation for these services shall not exceed $1,600.00 (18 USC §3006A(e)(3));

4. The Clerk is directed to send a copy of this Order to defense counsel.

IT IS SO ORDERED.

Signed: November 6, 2007

Frank D. Whitney
United States District Judge